**Opinion issued June 3, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00259-CV

———————————

## IN RE WILLIAM DAVID GOLDEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, William David Golden, has filed a petition for writ of mandamus, requesting issuance of an order "granting an evidentiary hearing . . . to develop the record" in appellate cause number 01-12-00735-CV "by abating the appeal and supplementing the Appellate Record with omitted items requested for briefing the

points of error . . . ."[1] Because we have dismissed the appeal in appellate cause number 01-12-00735-CV, the petition for writ of mandamus is moot.

Accordingly, we dismiss the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.

---

[1] The underlying case is *The State of Texas v. Approximately $2100.00*, Cause No. 2008-33634, in the 269th District Court of Harris County, Texas, the Honorable Dan Hinde presiding.